## (January 28, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BANKHEAD, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied for legal insufficiency (see *People ex rel. Keitt* v. *McMann*, 18 N Y 2d 257, 262; *People ex rel. Spindel* v. *La Vallee*, 33 A D 2d 968). Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.

## (January 29, 1975)

■ NORTHEASTERN BRICK SUPPLY, Respondent, v. NEW YORK STATE URBAN DEVELOPMENT CORPORATION et al., Defendants, and T. J. PICOZZI CONSTRUCTION CO., INC., Appellant.— Motion to amend notice of appeal so as to add the United States Fidelity and Guaranty Company as a party appellant denied, without costs, (*Matter of May* v. *Accident & Cas. Ins. Co.*, 275 App. Div. 1007). Motion to stay respondent from enforcing the judgment against the United States Fidelity and Guaranty Company pending a final determination of the appeal from the order of Mr. Justice Harvey dated July 8, 1974, granted, without costs, and without prejudice to a motion by respondent to vacate the stay in the event the appeal is not perfected on or before February 14, 1975 for the term commencing March 3, 1975. Herlihy, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.

## FOURTH DEPARTMENT, JANUARY, 1975

## (January 9, 1975)

■ REGINA PRUCHNOWSKI, as Mother and Natural Guardian of ANN M. PRUCHNOWSKI, et al., Appellants, v. EXCHANGE MUTUAL INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, without costs, upon the opinion at Supreme Court, Erie County, Kramer, J. (Appeal from part of judgment of Erie Trial Term in declaratory judgment action on insurance policy.) Present — Marsh, P. J., Moule, Mahoney, Goldman and Del Vecchio, JJ.